HAMMEL, Appellant, v. GUNN, City Marshal, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by George E. Hammel against Thomas F. Gunn, city marshal, etc. No opinion. Judgment of the municipal court affirmed by default, with costs.

HAMMEL, Appellant, v. GUNN, City Marshal, Respondent. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by George A. Hammel against Thomas A. Gunn, city marshal. No opinion. Motion granted on payment of ʼ$10 costs within five days from the entry and service of this order.

HARDING v. TAYLOR. (Supreme Court, Appellate Division, First Department. November 14, 1902.) Action by Cornelia Harding against Georgiana Taylor. No opinion. Motion granted, with $10 costs.

In re HAREN'S ESTATE. (Surrogate's Court, New York County. August, 1902.) Application to fix tax without appraisal granted.

PER CURIAM. The expense incurred by the executor in proving the will should be deducted as an expense of administration. In re Gihon's Estate, 169 N. Y. 443, 62 N. E. 561. The further sum of $100 for expenses of administration is also allowed. Submit order determining tax.

In re HARLEM RIVER BRIDGE. (Supreme Court, Appellate Division, First Department. December 5, 1902.) In the matter of the Harlem river bridge. No opinion. Motion granted.

HARRIS, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Blanche Hutchinson Harris against Charles Taylor Harris. No opinion. Order modified by striking out the provision for a stay, and, as modified, affirmed, without costs. See Van Orden v. Van Orden, 27 App. Div. 136, 50 N. Y. Supp. 184.

HARRIS, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Blanche H. Harris against Charles T. Harris. No opinion. Order resettled by providing that the extension of time to serve amendments be stricken from the order appealed from, and that such time be limited to 20 days from the entry of this order.

HART, Respondent, v. KIRK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by William J. Hart against William B. Kirk. No opinion. Judgment of county court affirmed, with costs.

In re HATCH. (Supreme Court, Appellate Division, First Department. November 14, 1902.) In the matter of Alfrederick S. Hatch. No opinion. Motion denied.

HEAP, Appellant, v. McKAIG et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by Isabella Heap, as administratrix, etc., against John McKaig, Sr., and others. No opinion. Judgment affirmed, with costs.

HILBERT v. MURPHY. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Mary Hilbert against Charles F. Murphy. No opinion. Motion granted, with $10 costs.

HINSDALE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Christine H. Hinsdale against the New York Central & Hudson River Railroad Company. A. G. Fox, for appellant. C. Blandy, for respondent. No opinion. Reargument ordered.

HOMMEL et al., Appellants, v. HERLET, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by Ellen C. Hommel and another against Vincent Herlet. No opinion. Judgment of the municipal court affirmed by default, with costs.

HOPKINS, Appellant, v. VAN'NOSTRAND, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by Duty Hopkins against William Van Nostrand. No opinion. Judgment affirmed, with costs.

HOWARD et al., Respondents, v. DUFFY, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by John Howard and William Hand, composing the firm of Howard & Hand, against Frank Duffy. No opinion. Judgment of the municipal court affirmed by default, with costs.

HUESTED, Appellant, v. VILLAGE OF CASTLETON, Respondent. (Supreme Court, Appellate Division, Third Department. December 9, 1902.) Action by Susan J. Huested against the village of Castleton. No opinion. Judgment unanimously affirmed, with costs.

HUGHES, Respondent, v. HUGHES, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Annie H. Hughes against Rupert Hughes. W. L. Mathot, for appellant. F. W. Park, for respondent. No opinion. Order modified by reducing counsel fee to $100, and by reducing alimony to $50 a month, and, as modified, affirmed, without costs.

HURL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1902.) Action by Albert Hurl against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

HUTCHINGS et al., Respondents, v. SIMPSON et al., Appellants. (Supreme Court, Appellate Division, First Department. December 5,